# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

United States of America,                                    Criminal 06-32 (3) (RHK/SRN)

           Plaintiff,                                              **ORDER**

vs.

Aureliano Cueller-Coyote,

           Defendant.
_____


      Defendant's Motion to Correct Final Sentence Pursuant to 18 U.S.C. § 3742 (Doc.

No. 147) is **DENIED**.

Dated:  January 13, 2009


                               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge